**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SETH HENDERSON, individually
and on behalf of all others
similarly situated,

    Plaintiff,

vs.                                        Case No. 5:23-cv-289-MMH-PRL

BLUE DIAMOND GROWERS,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Motion and Incorporated Memorandum of Law in Support of Defendant Blue Diamond Growers' Motion to Dismiss the Amended Complaint (Dkt. No. 14; Motion) filed on August 28, 2023. Plaintiff filed his Amended Complaint (Dkt. No. 19) on September 12, 2023, which rendered moot the parties' previous pleadings. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

The Motion and Incorporated Memorandum of Law in Support of Defendant Blue Diamond Growers' Motion to Dismiss the Amended Complaint (Dkt. No. 14) is **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers this 15th day of September, 2023.

*[signature]*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record