UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SETH HENDERSON, individually
and on behalf of all others
similarly situated,

    Plaintiff,

vs.     Case No.   5:23-cv-289-MMH-PRL

BLUE DIAMOND GROWERS,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Blue Diamond Growers' Unopposed Motion to Stay Discovery and Other Case Deadlines Pending Resolution of Motion to Dismiss and Incorporated Memorandum of Law (Dkt. No. 33; Motion) filed on October 17, 2023. In the Motion, Defendant seeks a stay of discovery and other case deadlines until the Court rules on Defendant's Motion to Dismiss (Dkt. No. 22). See generally Motion. Defendant represents to the Court that Plaintiff does not oppose the relief requested in the Motion. See id. at 12. Upon review, the Court finds that Defendant has shown good cause for a stay of discovery. Accordingly, it is

    **ORDERED:**

1. Defendant Blue Diamond Growers' Unopposed Motion to Stay Discovery and Other Case Deadlines Pending Resolution of Motion to Dismiss and Incorporated Memorandum of Law (Dkt. No. 33) is **GRANTED**.

2. Discovery is **STAYED**.

3. The parties shall file an Amended Joint Uniform Case Management Report within **TWENTY-ONE (21) DAYS** of this Court's ruling on Defendant's Motion to Dismiss (Dkt. No. 22).

**DONE AND ORDERED** in Chambers this 18th day of October, 2023.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record