# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| SETH HENDERSON, *individually and on behalf of all others similarly situated*, | : : : : |
| Plaintiff, | : Case No.: 5:23-cv-00289-RKE-PRL |
| v. | : : |
| BLUE DIAMOND GROWERS, | : : |
| Defendant. | : : |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT BLUE DIAMOND GROWERS' MOTION TO DISMISS

Defendant Blue Diamond Growers ("BDG") submits this notice of supplemental authority in support of its motion to dismiss (*see* ECF No. 22, the "Motion"). On May 22, 2024, after briefing on the Motion concluded, in *Griffin v. Publix Super Markets, Inc.*, Judge Steven D. Merryday dismissed claims for violations of the Florida Deceptive and Unfair Trade Practices Act and Fla. Stat. § 817.41 (FAL) and for fraud because the plaintiff could not "establish[] that the omission of a statement explaining that the [products] contain artificial flavor" due to the purported presence of malic acid "would probab[ly], not possib[ly], deceive a consumer . . . acting reasonably." *See* 2024 WL 2318143, at *2 (M.D. Fla. May 22, 2024) (citing *Hoffman v. Kraft Heinz Foods Co.*, 2023 WL 1824795 (S.D.N.Y. Feb. 7, 2023); *Boss v. Kraft Heinz Co.*, 2023 WL 5804234 (N.D. Ill. Sept. 7, 2023); and *Gouwens v. Target Corp.*, 2022 WL 18027524 (N.D. Ill. Dec. 30, 2022)). The court also held that the plaintiff

failed to plead an injury because his "price premium" theory failed to "establish[] the price of the [products] without the alleged omission from the label" and he "offer[ed] no other allegation establishing his alleged injury." *See id.* (citing *Ramirez v. Kraft Heinz Foods Co.*, 684 F. Supp. 3d 1253, 1259-60 (S.D. Fla. 2023)).  *Griffin* directly supports BDG's arguments on pages 4-5 and pages 11-18 of its Motion.

Dated: May 24, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Ardith Bronson | Colleen Carey Gulliver** |
| Ardith Bronson* (FBN: 423025) | Rachael C. Kessler** |
| **DLA Piper LLP (US)** | Jason E. Kornmehl** |
| 200 South Biscayne Boulevard | **DLA Piper LLP (US)** |
| Suite 2500 | 1251 Avenue of the Americas |
| Miami, Florida 33131-5341 | New York, New York 10020-1104 |
| 305-423-8562 | 212-335-4500 |
| ardith.bronson@us.dlapiper.com | colleen.gulliver@us.dlapiper.com |
| | rachael.kessler@us.dlapiper.com |
| *Lead Counsel | jason.kornmehl@us.dlapiper.com |
| | |
| | **Admitted *pro hac vice* |

*Counsel for Defendant Blue Diamond Growers*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24, 2024, I electronically filed the foregoing document using the ECF System for the United States District Court for the Middle District of Florida. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

*/s/ Ardith Bronson*
Ardith Bronson* (FBN: 423025)